JOSE H. SCHOLTZ and Another, Appellants, v. THE EQUITABLE TRUST COMPANY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. P. ALBERT STILWELL, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

ELIOT G. FARRINGTON, Respondent, v. STAR COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

In the Matter of the Judicial Settlement of the Accounts of JOSEPH W. HARRIMAN, Executor and Trustee, etc., of WILLIAM M. HARRIMAN, Deceased.— Decree affirmed, with costs, on the opinion of Foley, S. [Reported in 124 Misc. 320.] Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

JACKIE COOGAN, by NAT LEWIS, His Guardian ad Litem, Appellant, v. ADAMS-BACH HANDKERCHIEF MFG. Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

JACKIE COOGAN, by NAT LEWIS, His Guardian ad Litem, Appellant, v. CHARLES E. WEYAND & Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

METROPOLITAN FLOUR, MILL & GRAIN Co., INC., Appellant, v. ISAAC LEVINE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

JANET BEHRENS, Respondent, v. SAUL J. BARON, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

JANET BEHRENS, Respondent, v. SAUL J. BARON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

STANDARD RICE COMPANY, INC., Appellant, v. A. KLIPSTEIN & COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH RAUBVOGEL, Appellant.— Judgment reversed and the information dismissed. The People having failed to establish, beyond a reasonable doubt, the guilt of the defendant, it was the duty of the court to dismiss the information at the end of the People's case. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

ISIDORE SIEGFRIED, Respondent, v. NATIONAL SURETY COMPANY, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.; Merrell. J., dissents and votes for reversal.

HYMAN M. HOFFMAN, Respondent, v. MERCHANTS' REFRIGERATING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.; Merrell, J., dissents and votes to reverse and grant a new trial.